## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    __Marcia M. Henry__    DATE :    __6/22/26__

DOCKET NUMBER:    26CR175(~~MKB~~) _NCM_    LOG#:    __11:34 – 11:45__

DEFENDANT'S NAME :    __Shair Ali__

__✓__ Present    _____ Not Present    _____ Custody    __✓__ Bail

DEFENSE COUNSEL:    __Nicolas Bourtin__ ✓

____ Federal Defender    __✓__ CJA    _____ Retained

A.U.S.A:    __Leonid Sandlar__    CLERK:    __Felix Chin__

INTERPRETER: _____    (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    _____ Defendant's first appearance.

_____ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

_____ Defendant advised of bond conditions set by the Court and signed the bond.

__|__ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

_____ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____

_____

_____

_____

_____